**Lisa MILLER, Respondent Cross–Appellant,**

v.

**SCOTT RICE OF KANSAS CITY, INC., Appellant Cross–Respondent.**

**No. WD 44355.**

Missouri Court of Appeals, Western District.

Nov. 26, 1991.

Ronald V. Muller, Kansas City, for appellant.

David M. Harding and James C. Welch, Jr., Van Osdol, Magruder, Erickson and Redmond, P.C., Kansas City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Plaintiff and defendant appeal from judgment of court in suit for commissions earned.

The judgment is affirmed. Rule 84.16(b).

**Warren L. PHILLIPS, Appellant,**

v.

**Joseph POKALUK and Judy Pokaluk, Respondents.**

**No. WD 44719.**

Missouri Court of Appeals, Western District.

Nov. 26, 1991.

Walter R. Simpson, Kansas City, for appellant.

Richard Irwin Buchli, II, Kansas City, for respondents.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appeal from directed verdict in favor of respondents in an action for damages for injuries sustained by appellant in an incident involving respondents' dog.

Judgment affirmed. Rule 84.16(b).